FORM B1 (6/90)

# United States Bankruptcy Court
## for the District of Idaho

**VOLUNTARY PETITION**

| IN RE (Name of debtor - If Individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| Idacrest Farms, Inc. | None |
| ALL OTHER NAMES used by the debtor in the last 6 years (Include married, maiden, and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, maiden, and trade names) |
| None | N/A |
| SOC. SEC./TAX I.D. NO. (If more than one, state all) 82-0245397 | SOC. SEC./TAX I.D. NO. (If more than one, state all) N/A |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) 7456 Happy Valley Road Kuna, ID  83634 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, and zip code) N/A |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: Canyon | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) Same | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) N/A |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from address listed above) Same | VENUE (Check one box) [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

Case number: **00-00103**

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR**
- [ ] Individual
- [ ] Joint (Husband and Wife)
- [ ] Partnership
- [ ] Other ____
- [ ] Corporation Publicly Held
- [X] Corporation Not Publicly Held
- [ ] Municipality

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)**
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [X] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case Ancillary to Foreign Proceeding

**FILING FEE (Check one box)**
- [X] Filing fee attached
- [ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**NATURE OF DEBT**
- [ ] Non-Business/Consumer
- [X] Business - Complete A & B below

**A. TYPE OF BUSINESS (Check one)**
- [X] Farming
- [ ] Professional
- [ ] Retail/Wholesale
- [ ] Railroad
- [ ] Transportation
- [ ] Manufacturing/Mining
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Construction
- [ ] Real Estate
- [ ] Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**
raise commodities and livestock

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**
Ling, Nielsen & Robinson
P.O. Box 396,  Rupert, ID  83350-0396
Telephone No.  (208) 436-4717

**NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT DEBTOR (Print or Type Names)**
Brent T. Robinson

[ ] Debtor is not represented by an attorney

### STATISTICAL/ADMINISTRATIVE INFORMATION (U.S.C. § 604)
(Estimates only) (Check applicable boxes)

[X] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**ESTIMATED ASSETS (In thousands of dollars)**
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

**ESTIMATED LIABILITIES (In thousands of dollars)**
| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

**EST. NO. OF EMPLOYEES - CH. 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] |

**EST. NO. OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-499 | 500-over |
|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] |

Ronald D. Potter
P.O. Box 270
Payette, ID  83661

**FEE PAID**
R# 65056

(1)

Name of Debtor __Id___rest Farms, Inc.__

Case No _____

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached

☒☒ Debtor intends to file a plan within the time allowed by statute, rule or order of the court

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| N/A | N/A | N/A |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Jack Davis and Jayne Davis | | January 13, 2000 |
| Relationship | District | Judge |
| Officers and Directors | Idaho | |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code specified in this petition

Chapter 12

### SIGNATURES

**ATTORNEY**

x _Brent T. Robinson_ (signature)   Date 1/14/2000

**INDIVIDUAL JOINT DEBTOR(S)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

x __N/A__
Signature of Debtor

Date _____

x __N/A__
Signature of Joint Debtor

Date _____

**CORPORATE OR PARTNERSHIP DEBTOR**

I declare under penalty of perjury that the information provided in this petition is true and correct and that the filing of this petition on behalf of the debtor has been authorized.

x _Jack Davis_ (signature)
Signature of Authorized Individual

__Jack Davis__
Print or Type Name of Authorized Individual

__President__
Title of Individual Authorized by Debtor to File this Petition

Date _____

EXHIBIT "A" (To be completed if debtor is a corporation, requesting relief under Chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition    N/A

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney Exhibit B has been completed.

N/A

x _____
Signature of Debtor        Date _____

x _____
Signature of Joint Debtor   Date _____

EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter.

N/A

x _____
Signature of Attorney    Date _____